IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02585-WYD-KLM

MARIA RIVERA,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion to Modify Deadline to Supplement Administrative Record** [Docket No. 14; Filed March 16, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered January 24, 2012 [#11] is modified as follows:

- Deadline for Filing a Motion to Supplement the Administrative Record    **April 13, 2012**

All other dates and deadlines remain the same.

Dated:  March 19, 2012