IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02585-WYD-KLM

MARIA RIVERA,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Confidentiality Order** [Docket No. 36; Filed September 21, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Agreement and Protective Order for Confidentiality of Information [#36-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 21, 2012